[996 NE2d 910, 974 NYS2d 29]

HIDEKI SATO et al., Appellants, v IPPUDO NY et al., Respondents.

Decided September 12, 2013

1060

**APPEARANCES OF COUNSEL**

*Pollack, Pollack, Isaac & DeCicco, LLP*, New York City (*Brian J. Isaac* of counsel), for appellants.

*Molod Spitz & DeSantis, P.C.*, New York City (*Marcy Sonneborn* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. Plaintiff failed to raise a triable issue of fact concerning whether defendants' alleged negligence in failing to provide adequate warning of the presence of the staircase or adequate lighting in the staircase and surrounding area caused his fall.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.